E-FILED
Friday, 18 March, 2016  11:31:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HASTINGS MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ATLANTIS POOLS, INC., CYNTHIA E. SMALLEY, and DAVID SMALLEY, | ) ) ) |
| Defendants. | ) ) |

**PROPOSED ANSWER  OF THE DEFENDANTS
CYNTHIA E. SMALLEY AND DAVID SMALLEY**

COMES NOW the defendants, CYNTHIA E. SMALLEY and DAVID SMALLEY ("the Smalleys"), by and through their attorneys Bryan J. Schrempf and the law firm of Sandberg Phoenix & von Gontard P.C. and for their Answer to the Complaint for Declaratory Judgment by Plaintiff, HASTINGS MUTUAL INSURANCE COMPANY, state as follows:

**NATURE OF ACTION**

1.      The Smalleys admit that they have filed a lawsuit against Atlantis Pools, Inc.  The remaining allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

2.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to

7092351.1

respond and need not respond to the same. To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

3.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same. To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

## JURISDICTION, PARTIES, AND VENUE

4.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same. To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

5.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same. To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

6.      The Smalleys are without sufficient information to admit or deny the allegations of this Paragraph of the Plaintiff's Complaint.

7.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same. To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

8.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to

7092351.1

respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

9.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

10.      The Smalleys admit the allegations in this Paragraph of Plaintiff's Complaint.

11.      This Paragraph of Plaintiff's Complaint contains no allegations to which the Smalleys are required to respond.

12.      The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

**UNDERLYING LAWSUIT**

13.      The Smalleys admit that they are parties in the lawsuit entitled *Cynthia E. Smalley and David Smalley v. Atlantis Pools, Inc.,* pending in the Circuit Court, Third Judicial Circuit, Madison County, Illinois, as case number 2015-L-152.  The Smalleys respond that Exhibit A of Plaintiff's Complaint speaks for itself.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

14.-31.  The Smalleys respond that Exhibit A of Plaintiff's Complaint speaks for itself. To the extent that any response is required from the Smalleys, the Smalleys deny all such allegations.

32. The Smalleys admit the allegations of this Paragraph of Plaintiff's Complaint.

7092351.1

## HASTINGS POLICY

33.    The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

34.    The allegations in this Paragraph of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Paragraph contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

## COUNT I: VIOLATIONS OF CONDITIONS PRECEDENT TO COVERAGE

35.-54.  The allegations of Paragraphs 35-54 of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Section contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

## COUNT II: NO DUTY TO DEFEND ATLANTIS

55.  The Smalleys incorporate by reference their responses to paragraphs 1-54 above as if fully stated herein.

56.-67.  The allegations of Paragraphs 56-67 of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Section contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

7092351.1

## COUNT III: NO DUTY TO INDEMNIFY ATLANTIS

68.  The Smalleys incorporate by reference their responses to all paragraphs above as if fully stated herein.

69.-70. The allegations of Paragraphs 69-70 of Plaintiff's Complaint assert legal conclusions not directed at the Smalleys and as such the Smalleys are without sufficient information to respond and need not respond to the same.  To the extent the Court determines this Section contains factual allegations directed at the Smalleys, the Smalleys deny all such allegations.

WHEREFORE, the defendants, CYNTHIA E. SMALLEY and DAVID SMALLEY, respectfully request that this Court enter an order finding as follows:

a) Hastings has a duty to indemnify Atlantis Pools, Inc. under any policy, including policy number CPP 9897865, in relation to the underlying lawsuit, entitled *Cynthia E. Smalley and David Smalley v. Atlantis Pools, Inc.,* pending in the Circuit Court, Third Judicial Circuit, Madison County, Illinois, as case number 2015-L-152;

b) Any further relief deemed appropriate by the Court.

Date: February 26, 2015                              Respectfully Submitted,

                                                                  SANDBERG PHOENIX & von GONTARD P.C.


                                                                  By:____/s/ Bryan J. Schrempf_____
                                                                  Bryan J. Schrempf
                                                                  *Attorney for Defendants Cynthia E. Smalley and David Smalley*

Bryan J. Schrempf     (IARDC  No. 6311366)
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
bschrempf@sandbergphoenix.com
314-231-3332
314-241-7604 (Fax)


7092351.1

## Certificate of Service

I hereby certify that on February 26, 2016, I electronically filed the Answer of the Defendants, Cynthia E. Smalley and David Smalley, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jason E. DeVore (Attorney No. 6242782)
DeVore Radunksy LLC
53 West Jackson Blvd, Suite 1305
Chicago, IL 60604
jdevore@devoreradunsky.com
P: (312) 300-4479
F: (312) 674-7423
*Attorney for Hastings Mutual Insurance Company*


Kevin J. Babb—IARDC No. 6196978
241 North Main Street, Suite 201
Edwardsville IL 62025-1603
attorneykevinbabb@sbcglobal.net
(618) 656-7681
(618) 659-8814
*Attorney for Hastings Mutual Insurance Company*

and I hereby certify that on February 26, 2016, I mailed by United States Postal Service, the document to the following non-registered participant:

NONE


By:___/s/ Bryan J. Schrempf_____
Bryan J. Schrempf
*Attorney for Defendants Cynthia E. Smalley and
David Smalley*

7092351.1